# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HOSEA L. ROBINSON, SR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CV-1232 SNLJ |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is a handwritten document entitled "Plaintiff's Amended Suit for the Defendant's Discrimination of the ADA and the ADAAA." Plaintiff, Hosea L. Robinson, Sr., an inmate at Eastern Reception, Diagnostic Center, filed the instant document on the same date this Court entered an Order of Dismissal in this action as a result of plaintiff's failure to (1) file an amended complaint on a court-provided form and (2) file a motion to proceed in forma pauperis or pay the full $400 filing fee in this action.

The Court has reviewed plaintiff's handwritten "amended suit" and found that it does not comply with the Memorandum and Order entered on August 22, 2018. The pleading is not on a court-form as required by the Local Rules, and it does not have a separate Caption setting forth the defendants in this action. Moreover, the pleading seems to set forth allegations relating to purported disability discrimination against plaintiff's son, rather than claims against plaintiff, himself. Plaintiff has not set forth in separately numbered paragraphs with specific factual allegations against particular defendants arising out of a precise transaction or occurrence. Rather, he has alleged, generally, that his son's rights have been impeded with regard to the Americans with Disabilities Act.

Plaintiff, as a pro se litigant, cannot bring claims on his son's behalf. Moreover, as noted above, he has failed to comply with this Court's prior Memorandum and Order requiring him to set forth his own claims on a court-form. Additionally, plaintiff has failed to either file a motion to proceed in forma pauperis or pay the full $400 filing fee in a timely manner. Thus, for these reasons, **the Court will not vacate its prior Order of Dismissal.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend his complaint [Doc. #14] is **DENIED,** as it is not in compliance with the Court's August 22, 2018 Memorandum and Order.

**IT IS FURTHER ORDERED** that the Order of Dismissal entered on September 18, 2018 is reaffirmed herewith.

**IT IS FURTHER ORDERED** that an appeal from the Order of Dismissal would not be taken in good faith.

Dated this 19th day of September, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE